IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01736-REB-KLM

LAWRENCE E. JAEGER, and
AMY P. JAEGER,

    Plaintiffs,

v.

HSBC BANK USA, N.A., as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificate Series 2006-AR14, and
WELLS FARGO BANK, N.A.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Disqualify Keith A. Gantenbein, Jr. as Counsel of Record for Plaintiffs** [Docket No. 26; Filed February 14, 2013] (the "Motion to Disqualify"), and on the **Unopposed Motion to Withdraw Attorney Keith A. Gantenbein as Co-counsel** [Docket No. 32; Filed May 7, 2013] (the "Motion to Withdraw"), filed by Attorney Keith A. Gantenbein ("Gantenbein"), counsel for Plaintiffs.

    IT IS HEREBY **ORDERED** that the Motion to Withdraw [#32] is **GRANTED**. Attorney Gantenbein is relieved of any further representation of Plaintiffs in this case. The Clerk of the Court is instructed to terminate Attorney Gantenbein as counsel of record, and to remove his name from the electronic certificate of mailing. Plaintiffs shall continue to be represented by Attorney Gregory Ortiz.

    IT IS FURTHER **ORDERED** that the Motion to Disqualify [#26] is **DENIED as moot**.

    IT IS FURTHER **ORDERED** that the Evidentiary Hearing set for May 22, 2013 at 1:30 p.m. is **VACATED**.

    Dated: May 7, 2013