**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01736-REB-KLM

LAWRENCE E. JAEGER, and
AMY P. JAEGER,

      Plaintiffs,

v.

HSBC BANK USA, N.A., as Trustee for Wells Fargo Asset Securities Corporation,
Mortgage Pass-Through Certificate Series 2006-AR14, and
WELLS FARGO BANK, N.A.,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on plaintiffs' **Unopposed Motion To Dismiss Action** [#37][1] filed July 16, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That plaintiffs' **Unopposed Motion To Dismiss Action** [#37] filed July 16, 2013, is **GRANTED**;

      2.  That the Final Pretrial Conference and Trial Preparation Conference set August 16, 2013, are **VACATED**;

      3.  That the trial to the court set to commence August 19, 2013, is **VACATED**;

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE**.

Dated July 17, 2013, at Denver, Colorado.

                                              **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge